UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| HENDRICKS & LEWIS, PLLC, <br><br> Plaintiff, <br><br> v. <br><br> GEORGE CLINTON, <br><br> Defendant. | Case No. C12-0841RSL <br><br> ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

On November 28, 2012, the Court entered an order appointing a receiver and authorizing the sale of certain copyrights owned by defendant. Dkt. # 62. Almost a month later, defendant filed a motion seeking a rehearing of the previously-decided issues and an amendment of the order. Dkt. # 63. Motions for reconsideration must be filed within fourteen days of the date of the order at issue, however, and, even when timely filed, are disfavored in this district. Local Civil Rule 7(h).[1] Defendant offers no explanation for his tardy filing. The motion for reconsideration is therefore DENIED as untimely.

---

[1] Defendant cannot avoid the procedural requirements that govern motions for reconsideration by creatively naming the moving paper.

ORDER DENYING DEFENDANT'S MOTION
FOR RECONSIDERATION - 1

1   Even if the Court were to consider the motion on its merits, defendant has not
2  shown "manifest error in the prior ruling" or "new facts or legal authority which could not
3  have been brought to [the Court's] attention earlier with reasonable diligence."  Local Civil
4  Rule 7(h)(1).  Defendant simply disagrees with the Court's conclusions or makes
5  arguments that should have and could have been presented while the motion was being
6  considered.

8   For all of the foregoing reasons, defendant's motion for reconsideration is
9  DENIED.

11  Dated this 2nd day of January, 2013.

12  *[signature]*

13  Robert S. Lasnik
    United States District Judge

ORDER DENYING DEFENDANT'S MOTION
FOR RECONSIDERATION - 2