HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HENDRICKS & LEWIS, PLLC,<br><br>               Plaintiff,<br><br>v.<br><br>GEORGE CLINTON,<br><br>               Defendant. | No. C12-0841RSL<br><br>STIPULATION AND AGREED ORDER TERMINATING RECEIVERSHIP, DISCHARGING RECEIVER, AND FOR RELATED RELIEF |

## **STIPULATION**

Gayle E. Bush (the "Receiver"), court-appointed receiver in the above-captioned case, George Clinton ("Clinton"), and Hendricks & Lewis, PLLC ("H&L", and, collectively with the Receiver and Clinton, the "Parties"), as evidenced by the signatures of their counsel below, stipulate and agree as follows:

STIPULATION AND AGREED ORDER – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, #5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1. The two judgments entered in favor of plaintiff H&L and against Clinton in this District in *Hendricks & Lewis PLLC v. Clinton*, Case No. C10-02530-JCC—the first, in the amount of $1,675,639.82, entered on May 28, 2010, and the second, in the amount of $60,786.50, entered on July 19, 2010 (the "Judgments") —have been fully satisfied.

2. Bush Kornfeld LLP, counsel for the Receiver, holds in its trust account (the "Trust Account") $64,335.10.

3. The Parties agree that $54,335.10 of the funds held in the Trust Account shall be released to Bush Kornfeld LLP, to be distributed on a pro rata basis to that firm and K&L Gates, the Receiver's special counsel in full satisfaction of the fees and costs of the Receiver and his professionals.

4. The Parties agree that the remaining $10,000.00 in the Trust Account shall be distributed to Clinton.

5. The Parties agree that any funds receivable or received on or after May 1, 2017, for licensing any of the master sound recordings of the Funkadelic albums "Hardcore Jollies," "One Nation Under A Groove," "Uncle Jam Wants You," and "The Electric Spanking of War Babies" (the "Recordings") by the Receiver during the Receivership, shall be paid to Clinton.

6. The Parties agree to the termination of the Receivership and discharge of the Receiver and his professionals.

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, #5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1996 20121 be165x10fz

DATED this 17th day of May, 2017.

| BOOTH SWEET LLP | BUSH KORNFELD LLP |
|---|---|
| Approved for signature by telephone on May 17, 2017 | |
| By  /s/ Dan Booth  <br> Dan Booth (MA Bar No. 672090) <br> Attorneys for Defendant George Clinton <br> *Admitted Pro Hac Vice* <br> 32R Essex Street <br> Cambridge, MA 02139 <br> Telephone: (617) 250-8602 <br> Facsimile: (617) 250-8883 <br> Email: dbooth@boothsweet.com | By  /s/ Katriana L. Samiljan  <br> Katriana L. Samiljan, WSBA #28672 <br> Attorneys for Gayle E. Bush, Receiver <br> 601 Union Street, Suite 5000 <br> Seattle, WA 98101 <br> Telephone: (206) 292-2110 <br> Facsimile: (206) 292-2110 <br> Email: ksamiljan@bskd.com |
| HENDRICKS & LEWIS PLLC | K&L GATES |
| Approved for signature by email on May 16, 2017 | Approved for signature by email on May 16, 2017 |
| By  /s/ Katherine Hendricks  <br> Katherine Hendricks, WSBA No. 14040 <br> Attorneys for Plaintiff Hendricks & Lewis PLLC <br> 901 Fifth Avenue, Suite 4100 <br> Seattle, WA 98164 <br> Telephone: (206) 624-1933 <br> Facsimile: (206) 583-2716 <br> Email: kh@hllaw.com | By  /s/ Mark H. Wittow  <br> Mark H. Wittow, WSBA #18280 <br> Attorneys for Special Counsel for Receiver <br> 925 4th Ave., Suite 2900 <br> Seattle, WA 98104 <br> Telephone: (206) 623-7580 <br> Facsimile: (206) 623-7022 <br> Email: mark.wittow@klgates.com |

## **ORDER**

Now, therefore, it is hereby ORDERED as follows:

1. The above stipulation (the "Stipulation") is approved.

2. The clerk shall note upon the record the full satisfaction of the two judgments entered in favor of H&L and Clinton.

STIPULATION AND AGREED ORDER – Page 3

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, #5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1996 20121 be165x10fz

3. The custodial receivership of the estate property, consisting of the Recordings, is terminated.

4. The Receiver is hereby discharged as the custodial receiver of the Recordings. The Receiver is hereby divested of all rights, title, and interest in the copyrights of the Recordings.

5. All rights, title, and interest in the Recordings and the copyrights vested in the Receiver by the Court, including under the November 27, 2012 Order Appointing Receiver and Authorizing Sale of Copyrights (Doc. 62) and the October 30, 2015 Order Granting In Part Motion for Rule 70 Relief and Contempt Sanctions (Doc. 155), are hereby re-vested in George Clinton. Any lien on the Recordings created by the Court is hereby terminated.

6. This Court's June 25, 2015 Order Compelling Turnover of Master Recordings (Doc. 136) is hereby vacated. The Barack Obama Green Charter High School Foundation is released from any obligation to respond thereto.

7. The Receiver is discharged pursuant to RCW § 7.60.290 and fully released from any and all claims related to this Receivership.

8. The Receiver's bond is hereby exonerated.

9. The funds held in the Trust Account shall be distributed pursuant to the above stipulation. No further compensation shall be allowed to the Receiver and his professionals pursuant to RCW § 7.60.180.

Bush Kornfeld LLP
LAW OFFICES
601 Union Street, #5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1996 20121 be165x10fz

10. The Court hereby concludes its administration of the copyrights of the Recordings.

DATED: May 18, 2017.

*signature*
Robert S. Lasnik
United States District Judge

Presented by:

BUSH KORNFELD LLP

By /s/ Katriana L. Samiljan
   Katriana L. Samiljan, WSBA #28672
Attorneys for Gayle E. Bush, Receiver

Approved as to Form; Notice of Presentation Waived:

BOOTH SWEET LLP

Approved for signature by telephone on May 17, 2017

By /s/ Dan Booth
   Dan Booth (MA Bar No. 672090)
Attorneys for Defendant George Clinton
*Admitted Pro Hac Vice*
32R Essex Street
Cambridge, MA 02139
Telephone: (617) 250-8602
Facsimile: (617) 250-8883
Email: dbooth@boothsweet.com

STIPULATION AND AGREED ORDER – Page 5

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, #5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1996 20121 be165x10fz

///

///

HENDRICKS & LEWIS PLLC

Approved for signature by email on May 16, 2017

By   /s/ Katherine Hendricks
   Katherine Hendricks, WSBA No. 14040
Attorneys for Plaintiff Hendricks & Lewis PLLC
901 Fifth Avenue, Suite 4100
Seattle, WA 98164
Telephone: (206) 624-1933
Facsimile: (206) 583-2716
Email: kh@hllaw.com

K&L GATES

Approved for signature by email on May 16, 2017

By   /s/ Mark H. Wittow
   Mark H. Wittow, WSBA #18280
Attorneys for Special Counsel for Receiver
925 4th Ave., Suite 2900
Seattle, WA 98104
Telephone: (206) 623-7580
Facsimile: (206) 623-7022
Email: mark.wittow@klgates.com

BUSH KORNFELD LLP
LAW OFFICES
601 Union Street, #5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

1996 20121 be165x10fz